THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES MCBROOM, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SYNDICATED OFFICE SYSTEMS, LLC, d/b/a CENTRAL FINANCIAL CONTROL, <br><br> Defendant. | CASE NO. C18-0102-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion to extend the deadline to file a motion for class certification (Dkt. No. 21). The Court hereby GRANTS the motion. The deadline to file a motion for class certification is hereby EXTENDED from July 23, 2018 to September 17, 2018.

DATED this 7th day of August 2018.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk