THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHARLES MCBROOM, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYNDICATED OFFICE SYSTEMS, LLC, d/b/a CENTRAL FINANCIAL CONTROL,<br><br>Defendant. | CASE NO. C18-0102-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Pursuant to Local Civil Rule 7(d), the Court hereby RENOTES Plaintiff's motion for judgment on the pleadings (Dkt. No. 12) to be considered together with Defendant's related motion for summary judgment (Dkt. No. 14). The Clerk is DIRECTED to renote Plaintiff's motion (Dkt. No. 12) for August 10, 2018.

DATED this 7th day of August 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
