THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES MCBROOM, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYNDICATED OFFICE SYSTEMS, LLC DBA CENTRAL FINANCIAL CONTROL,<br><br>Defendant. | CASE NO. C18-0102-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion for partial judgment on the pleadings (Dkt. No. 12). Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby DENIES the motion for the reasons explained herein.

## I. BACKGROUND

On April 4, 2017, Plaintiff received medical treatment at FMG West Seattle and incurred a balance of $218.64. (Dkt. Nos. 1-1, 8.) On October 2, 2017, Defendant sent a letter to Plaintiff, which stated in part that Defendant was a debt collector seeking to collect the balance of an account named in the letter. (Dkt. No. 1-1.)

Plaintiff sues Defendant for violations of the Fair Debt Collection Practices Act, 15

U.S.C. § 1692. (Dkt. No. 1.) Defendant's answer raised four affirmative defenses, including that Defendant may not be civilly liable if, pursuant to 15 U.S.C. § 1692k, it demonstrates that any violation was not intentional and resulted from a bona fide error. (Dkt. No. 8 at 7-8.)

## II. DISCUSSION

"[I]f the defendant raises an affirmative defense in his answer it will usually bar judgment on the pleadings." *Gen. Conf. Corp. of Seventh-Day Adventists v. Seventh-Day Adventist Congregational Church*, 887 F.2d 228, 230 (9th Cir. 1989). Because Defendant's answer raises affirmative defenses, Plaintiff's motion for partial judgment on the pleadings is barred.

## III. CONCLUSION

For the foregoing reasons, Plaintiff's motion for partial judgment on the pleadings (Dkt. No. 12) is DENIED.

DATED this 31st day of August 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE