THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES MCBROOM, | CASE NO. C18-0102-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SYNDICATED OFFICE SYSTEMS, LLC DBA CENTRAL FINANCIAL CONTROL, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for summary judgment (Dkt. No. 14) and Plaintiff's motion for a continuance pursuant to Federal Rule of Civil Procedure 56(d) (Dkt. No. 22). Having thoroughly considered the parties' briefing and the relevant record, the Court orders the following:

Plaintiff has raised factual matters that, if established, would preclude the Court from granting summary judgment in favor of Defendant, such as whether CHI Franciscan Health is the true creditor of Plaintiff's alleged debt. (Dkt. Nos. 22, 23.) Plaintiff has demonstrated that these factual matters may be resolved through additional discovery. (*Id.*)

Therefore, the Court GRANTS Plaintiff's motion for a continuance under Federal Rule of

Civil Procedure 56(d) (Dkt. No. 22) to allow Plaintiff to take discovery needed to oppose Defendant's motion for summary judgment. Plaintiff's brief in opposition to Defendant's motion for summary judgment shall be filed no later than November 5, 2018, and shall not exceed 24 pages. Defendant's reply shall be filed no later than November 9, 2018, and shall not exceed 15 pages. The Clerk is DIRECTED to renote this matter to November 9, 2018.

DATED this 6th day of September 2018.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk