THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES MCBROOM, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYNDICATED OFFICE SYSTEMS, LLC DBA CENTRAL FINANCIAL CONTROL,<br><br>Defendant. | CASE NO. C18-0102-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Plaintiff to file a motion for class certification (Dkt. No. 33). The Court hereby GRANTS the motion. The deadline to file Plaintiff's motion for class certification is hereby EXTENDED from September 17, 2018 to 90 days after the Court's order on Defendant's motion for summary judgment (Dkt. No. 14) is issued.

DATED this 12th day of September 2018.

MINUTE ORDER
C18-0102-JCC
PAGE - 1

|   |   |
|---|---|
| 1 | William M. McCool<br>Clerk of Court |
| 2 | s/Tomas Hernandez<br>Deputy Clerk |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |
| 11 |   |
| 12 |   |
| 13 |   |
| 14 |   |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |

MINUTE ORDER
C18-0102-JCC
PAGE - 2